UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
DEC 14 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ROGER HOHN, f/d/b/a SIOUX FALLS ADVANCED PHYSICAL THERAPY, | \* | CIV 05-4164 |
| Plaintiff, | \* | |
| vs. | \* | MEMORANDUM OPINION AND ORDER |
| STEPHEN SPURGEON, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant filed a Motion to Dismiss, Doc. 5, contending that he was not personally served with the Summons and Complaint as required by Fed.R.Civ.P. 4(e)(2). Subsequent to the filing of Defendant's motion, a Return of Service was filed, Doc. 6, indicating that Defendant was personally served by a private process server. Plaintiff submitted a response to Defendant's motion admitting that the first attempt to serve Defendant was defective. Plaintiff then hired a different process server and asserts that Defendant has now been properly served. The Return of Service appears proper and the record demonstrates that Defendant has now been served in accordance with Rule 4(e)(2). Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss, Doc. 5, is denied.

Dated this 14% day of December, 2005.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK·
BY: _____
                    DEPUTY