UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
JAN 29 2008
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ROGER HOHN, f/d/b/a/ Sioux Falls Advanced Physical Therapy, | * * * * | CIV. 05-4164 |
| Plaintiff, | * * | |
| | * | ORDER |
| -vs- | * * | |
| STEPHEN SPURGEON, | * * | |
| Defendant. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Eighth Circuit Court of Appeals having reversed the grant of summary judgment and having remanded the matter for further consideration, it is hereby

ORDERED that counsel shall confer and file a joint report outlining the issues to be resolved, as well as proposed deadlines for (1) filing any amended pleadings, (2) discovery, (3) filing of dispositive motions, and (4) the date by which the case will be ready for trial.

Dated this 29th day of January, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _Shelly Margulies_ Deputy
(SEAL)